## ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900  
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW  
3500 HUNTINGTON CENTER  
41 SOUTH HIGH STREET  
COLUMBUS, OHIO 43215

FEDERAL ID NO. 20-0413072

March 6, 2014

Invoice# 24975  
Our File# 1018-001  
Billing through 03/05/2014

Protestors against Libertarian Candidates

RE: Libertarian Candidates Protest

Professional Services through March 6, 2014:

| | |
|---|---|
| Fees - 223 hours | $ 48,500.00 |
| Out of Pocket Expenses | $  1,244.70 |
| TOTAL AMOUNT DUE UPON RECEIPT | $ 49,744.70 |

GF_000001

# Jan Strickland

| | |
|---|---|
| **From:** | Jan Strickland </o=ZTL/ou=FIRST ADMINISTRATIVE GROUP/cn=RECIPIENTS/cn=STRICKLAND > |
| **Sent:** | Thursday, April 03, 2014 3:39 PM |
| **To:** | 'Casey Terry' [tlcohio@aol.com], |
| **Cc:** | John W. Zeiger, Christine K. Monahan, |
| **Subject:** | Election Protest [IWOV-DMS.FID42502] |
| **Attachments:** | invoice.pdf |

Terry:

This will confirm our planned meeting at my office on Wednesday, April 16, at 3:00.

In the meantime, I wanted to provide the enclosed invoice for your review prior to the meeting.

Best regards.

John

John W. Zeiger, Esq.
Zeiger, Tigges & Little LLP
41 S. High Street, Suite 3500
Columbus, Ohio 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
Direct: (614) 365-4101
zeiger@litohio.com

ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

FEDERAL ID NO. 20-0413072

April 3, 2014

Invoice# 1018-02
Our File# 1018-001
Billing through 03/31/2014

Mr. Terry Casey
249 Overbrook Dr.
Columbus, Ohio 43214

PROFESSIONAL SERVICES

| | |
|---|---|
| Protest before Secretary of State<br>Fees and Expenses (completed and previously billed) | $ 49,744.70 |
| U.S. District Court Preliminary Injunction<br>Fees and Expenses thru March 31, 2014 | $ 108,536.30 |
| Ohio Supreme Court Mandamus Proceeding<br>Fees and Expenses (completed) | $ 25,578.79 |
| TOTAL FEES AND EXPENSES DUE UPON RECEIPT | $ 183,859.79 |
| [Estimated Additional Fees and Expenses Related to Sixth Circuit Appeal of U.S. District Court Decision Which Will Be Billed in Coming Months] | [$ 38,500] |

GF_000003

| | |
|---|---|
| **From:** | John W. Zeiger <zeiger@litohio.com> |
| **Sent:** | Friday, May 16, 2014 5:17 PM |
| **To:** | Casey Terry |
| **Cc:** | John W. Zeiger |
| **Subject:** | CONFIDENTIAL [IWOV-DMS.FID42502] |
| **Attachments:** | TLCMayInv.PDF |

Terry:

    Enclosed is our statement for services relating to the Sixth Circuit appeal. The invoice also outlines the balance due on our earlier statement dated April 3.

    I would appreciate payment at your earliest opportunity.

    Best personal regards.

John

John W. Zeiger, Esq.
Zeiger, Tigges & Little LLP
41 S. High Street, Suite 3500
Columbus, Ohio 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
Direct: (614) 365-4101
zeiger@litohio.com

GF_000004

ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

FEDERAL ID NO. 20-0413072

May 16, 2014

Invoice# 1018-03
Our File# 1018-001
Billing through 04/30/2014

Mr. Terry Casey
249 Overbrook Dr.
Columbus, Ohio 43214

PROFESSIONAL SERVICES

| | |
|---|---|
| Sixth Circuit Appeal<br>Fees and Expenses (through April 30, 2014) | $ 69,500.00 |
| BALANCE DUE FROM STATEMENT DATED APRIL 3, 2014: | |
| Protest before Secretary of State<br>Fees and Expenses (completed and previously billed) | $ 49,744.70 |
| U.S. District Court Preliminary Injunction<br>Fees and Expenses thru March 31, 2014 | $ 108,536.30 |
| Ohio Supreme Court Mandamus Proceeding<br>Fees and Expenses (completed) | $ 25,578.79 |
| TOTAL FEES AND EXPENSES DUE UPON RECEIPT | $ 253,359.79 |

GF_000005