# ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900  
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW  
3500 HUNTINGTON CENTER  
41 SOUTH HIGH STREET  
COLUMBUS, OHIO 43215

FEDERAL ID NO. 20-0413072

May 16, 2014

Invoice# 1018-03  
Our File# 1018-001  
Billing through 04/30/2014

Mr. Terry Casey  
249 Overbrook Dr.  
Columbus, Ohio 43214

PROFESSIONAL SERVICES

| | |
|---|---|
| Sixth Circuit Appeal<br>Fees and Expenses (through April 30, 2014) | $ 69,500.00 |
| **BALANCE DUE FROM STATEMENT DATED APRIL 3, 2014:** | |
| Protest before Secretary of State<br>Fees and Expenses (completed and previously billed) | $ 49,744.70 |
| U.S. District Court Preliminary Injunction<br>Fees and Expenses thru March 31, 2014 | $ 108,536.30 |
| Ohio Supreme Court Mandamus Proceeding<br>Fees and Expenses (completed) | $ 25,578.79 |
| TOTAL FEES AND EXPENSES DUE UPON RECEIPT | $ 253,359.79 |

GF_000005

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)