UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIBERTARIAN PARTY OF OHIO, et al.,

    Plaintiffs,

and

ROBERT HART, et al.,

    Intervenor-Plaintiffs,    Case No. 2:13-cv-00953

  v.    JUDGE WATSON
    MAGISTRATE JUDGE KEMP

JON HUSTED,
in his Official Capacity as Secretary of State,

    Defendant,

THE STATE OF OHIO,

    Intervenor-Defendant,

and

GREGORY A. FELSOCI,

    Intervenor-Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' RULE 37 MOTION**

    Having fully heard Plaintiffs' Rule 37 Motion against Intervenor-Defendant-Felsoci, the Court hereby Orders:

(1) that Felsoci pay Plaintiffs' reasonable expenses, including attorney's fees, caused by Felsoci's failure to supplement;

1

(2) that default judgment be entered against Felsoci under Count Seven of the Third Amended Complaint; and

(3) that it be stipulated for purposes of Count Seven of the Third Amended Complaint that the Ohio Republican Party' conspired with Felsoci to protest Plaintiff-Earl in order to have him removed from Ohio's ballot.

Entered this \_\_\_\_\_ day of _____, 2015.

_____

United States District Court Judge