UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Libertarian Party of Ohio,** *et al.*,

    **Plaintiffs,**

v.

**Jon A. Husted,**

    **Defendant.**

Case No. 2:13–cv–953

Judge Michael H. Watson

## ORDER

The Court hereby **STRIKES** the following from the docket:

- The supplemental authorities submitted by Plaintiffs, ECF Nos. 281, 289, and 303;

- Plaintiffs' motion to supplement the record, ECF No. 296; and

- Defendant's motions to strike, ECF Nos. 282 and 290, and motion for leave to file sur-reply, ECF No. 294.

Plaintiffs are instead directed to file, after the ongoing discovery has concluded, one omnibus motion to supplement the record or file supplemental authority. Defendant shall then file one omnibus response.

Accordingly, the parties shall continue to engage in discovery and may continue to litigate discovery matters with Magistrate Judge Kemp. The parties may not, however, file any motions unrelated to discovery until further notice. The parties shall contact the Undersigned's chambers when discovery has concluded, at which time the Court will establish a briefing schedule for the

omnibus filings. The Court will not issue its decision on the pending dispositive motions until the pertinent motions to supplement have been fully briefed.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**