UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Libertarian Party of Ohio, *et al.*,

    Plaintiffs,                       Case No. 2:13–cv–953

    v.                            Judge Michael H. Watson

Jon A. Husted,
Ohio Secretary of State,

    Defendant.

## ORDER

Secretary Husted moves the Court to reconsider the expedited briefing schedule set on October 27, 2015. Mot., ECF No. 341.

Given election day is Tuesday, November 3, 2015, less than one week from the date of this Order, the Court **GRANTS** Secretary Husted's motion, ECF No. 341, and **ORDERS** the following schedule: Secretary Husted and the State of Ohio's response to Plaintiffs' motion to modify shall be filed November 6, 2015 and Plaintiffs shall file any reply by November 9, 2015.

IT IS SO ORDERED.

                                          /s/ Michael H. Watson
                                   MICHAEL H. WATSON, JUDGE
                                   UNITED STATES DISTRICT COURT