IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LIBERTARIAN PARTY OF OHIO, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-cv-00953 |
| | : | |
| v. | : | Judge Watson |
| | : | |
| **JON HUSTED,** | : | Magistrate Judge Kemp |
| | : | |
| Defendant. | : | |

## STIPULATED JUDGMENT ENTRY

Plaintiffs filed motions for attorney fees (doc. 378 and 379) under 42 U.S.C. 1988(b) and Federal Rule of Civil Procedure 37.  The parties have reached an agreement regarding the amount to be awarded to Plaintiffs in attorney fees in the amount of $42,500. Pursuant to the terms of the agreement, the Court orders that Defendant Secretary of State and Intervening-Defendant State of Ohio shall pay to Mark Brown and Mark Kafantaris the sum of $42,500 under 42 U.S.C. 1988(b) in full satisfaction of all Plaintiffs' attorneys' fees sought in doc. 378.   By entering into this agreement Plaintiffs are no longer seeking the fees as set forth in doc. 379.  There are no remaining claims that have not been resolved between Plaintiffs, Defendant Secretary of State Jon Husted, and Intervening-Defendant State of Ohio.

The Clerk shall enter a judgment in accordance with this order.

**SO ORDERED,** this 24th day of April , 2017.

MICHAEL WATSON, JUDGE
UNITED STATES DISTRICT COURT