# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Libertarian Party of Ohio, *et al.*,	Case No. 2:13-cv-953

vs.

Jon Husted,	**Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the April 24, 2017 Order, Defendant Secretary of State and Intervening-Defendant State of Ohio shall pay to Mark Brown and Mark Kafantaris the sum of $42,500 under 42 U.S.C. 1988(b).

Date: **May 1, 2017**	Richard W. Nagel, Clerk

	  s/ Jennifer Kacsor
	By Jennifer Kacsor/Courtroom Deputy